JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY JEAN ALEXANDER, | Case No.: SACV08-00562 AG (VBKx) |
| Plaintiffs, | |
| | State Case No: 30-2007 00100643 |
| vs. | |
| | **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| TARGET CORPORATION | |
| Defendants. | |
| _____ | Complaint Filed: 12/21/07 |

IT IS HEREBY ORDERED following the Stipulation for Dismissal entered by all parties this Court dismisses the pending action known by Case No. SACV08-00562 AG (VBKx) with prejudice in its entirety.  This dismissal is with prejudice as to all the pending causes of action.  The parties are to bear their own fees and costs.

IT IS SO ORDERED

Dated: February 20, 2009

_____
UNITED STATES DISTRICT COURT JUDGE
ANDREW J. GUILFORD

C:\Temp\notesE1EF34\Stip to Dismiss- Order.wpd

**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**